# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 4, 2022

Lyle W. Cayce
Clerk

No. 21-20434

Jean Bissonnet; Jacques Champy; Renato Picciotto;
Banoka S.a.r.l.; Atys S.A.,

*Plaintiffs—Appellees*,

*versus*

Westmont International Development, Inc.,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-MC-3378

Before Wiener, Graves, and Ho, *Circuit Judges*.
Per Curiam:[*]

In an earlier opinion, we vacated the district court's one-line order denying Westmont's motion to quash and remanded the case for the district court to revisit the issue and provide analysis. We retained jurisdiction over the appeal.

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-20434

On remand, the district court granted Westmont's motion to quash and provided thorough analysis. Having fully considered the parties' briefing, the oral argument, and the record on appeal, we affirm for essentially the same reasons set forth by the district court in its Order filed on February 10, 2022. *See* 5TH CIR. R. 47.6.